UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZARRAGA,<br><br>　　　　Respondent. | No. 2:98-cv-2150 MCE GGH P<br><br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　By order of January 7, 2015, the Federal Defender was directed to accept appointment as counsel for petitioner or designate new counsel within seven days. Appointed counsel was then to file a response to respondent's motion to dismiss within twenty-one days of the order. Neither the Federal Defender nor counsel designated for appointment by the Federal Defender has responded to the order.

　　　　Accordingly, IT IS ORDERED that:

　　　　1. Within **seven** days of this order, the Federal Defender shall show cause in writing for failure to respond to the court's January 7, 2015 order and either file a statement either accepting appointment or designating counsel to represent petitioner;

　　　　2. Within **twenty-one** days of this order, newly appointed counsel shall file a response to the motion to dismiss;

　　　　3. The Clerk of the Court shall serve this order on Carolyn Wiggin, Assistant Federal Defender; and

4. The Clerk of the Court shall also serve petitioner at his most recent address, at Mule Creek State Prison.

Dated: February 6, 2015

<u>/s/ Gregory G. Hollows</u>

UNITED STATES MAGISTRATE JUDGE

GGH:076/Mend2150.osc