```
HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
LUIS MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MENDOZA, <br><br> Petitioner, <br><br> v. <br><br> JOE LIZERRAGA, <br><br> Respondent. | No. 2:98-cv-2150 MCE GGH <br><br> **REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER (AMENDED)** |

Petitioner, LUIS MENDOZA, hereby moves this Court for an order substituting Benjamin Ramos, Attorney at Law, 705 E. Bidwell, Suite 2-359, Folsom, CA 95630, telephone (916) 358-9842; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Mr. Ramos has agreed to represent Mr. Mendoza.

/ / /

/ / /

/ / /

-1-

Case 2:98-cv-02150-MCE-GGH   Document 43   Filed 02/24/15   Page 2 of 2

Mr. Ramos is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on his behalf.

Dated: February 20, 2015

                                          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Petitioner
LUIS MENDOZA

Dated: February 20, 2015        */s/ Benjamin Ramos*
                                          BENJAMIN RAMOS

### **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Benjamin Ramos, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: February 24, 2015

                                        /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

Mend2150.sub(amend)

-2-