HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MENDOZA, <br><br>        Petitioner, <br><br> v. <br><br> JOE LIZERRAGA, <br><br>        Respondent. | NO. Civ. S 98-2150 MCE GGH <br><br>**ORDER** <br><br><br> Judge: Honorable GREGORY G. HOLLOWS |

Pursuant to the preliminary response to the order to show cause, and good cause appearing therefor, it is hereby ordered that the order to show cause is discharged.

IT IS ORDERED that:

1. Within **twenty-one** days of this order, newly appointed counsel shall file a response to the motion to dismiss;
2. The Clerk of the Court shall serve petitioner at his most recent address, at Mule Creek State Prison.

Dated: February 20, 2015        /s/ Gregory G. Hollows

_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

Mend2150.resp.osc