UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MENDOZA, | No. 2:98-cv-2150 MCE GGH P |
| Petitioner, | |
| v. | ORDER |
| JEFFREY BEARD, | |
| Respondent. | |

On June 2, 2015, this court ordered the Federal Defender to submit a report of the outcome of the CJA Panel investigation in the Kendall matter with forty-five days. The Federal Defender has requested an extension of time to comply with the order.[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Federal Defender's July 10, 2015 request for an extension of time is granted; and

2. The Federal Defender shall submit a report in compliance with this court's June 2, 2015 order, by September 30, 2015.

Dated: August 12, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/mend2150.111-#58

---

[1] The request was made by email to the undersigned.